JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON ANDREW WATSON,<br><br>              Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>              Defendant. | Case No. 2:21-cv-04036-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

DATED: <u>December 1, 2022</u>

                                                HON. STEVE KIM
                                                U.S. MAGISTRATE JUDGE